Mary Soic, Appellant, v. Guy A. Richardson et al., Trading as Chicago Surface Lines and Paul A. Gade, Also Known as P. Goffe, Appellees.

Gen. No. 42,066.

214

 █ Heard in second division, first district, this court at December term, 1941; opinion filed June 19, 1942. V. Russell Donaghy and Matkovic & Nelson, for appellant; David A. Schallman, of counsel; Frank L. Kriete, Charles C. Cunningham and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''